JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| EDMUND B. KISH, | ) NO. CV 08-00359 JFW (SS) |
|---|---|
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| W.J. SULLIVAN, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 4/28/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE